# RETURN

☒ FILED  ☐ LODGED
Apr 29 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 25-05934MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-28-25 | 4-29-25 8:55 AM | N/A |

INVENTORY MADE IN THE PRESENCE OF   W. Akins & J. McFeely

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Parcel Packaging & Wrappings
- 1 Book
- $1,800.00 in U.S. Currency

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 4-29-25

Executing Officer's Signature

James McFeely, Postal Inspector
Printed Name and Title